United States District Court
Eastern District of California

Odilson Edgardo Cortes Bustillo

Plaintiff(s)

V.

Todd Blanche, et al.

Defendant(s)

Case Number: 1:26-cv-05271-TLN-JDP

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Roxana Gerardo Fernandez hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Odilson Edgardo Cortes Bustillo

On 09/23/2025 (date), I was admitted to practice and presently in good standing in the Florida Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/08/2026 Signature of Applicant: /s/ Roxana Gerardo Fernandez

**Pro Hac Vice Attorney**

Applicant's Name: Roxana Gerardo Fernandez

Law Firm Name: Fernandez Law Office, LLC

Address: 2328 10th Ave N.

Suite 403

City: Lake Worth State: FL Zip: 33461

Phone Number w/Area Code: (561) 822-7988

City and State of Residence: Lake Worth, Florida

Primary E-mail Address: roxana@lawfernandez.com

Secondary E-mail Address: ______________________

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Alexa S. White

Law Firm Name: Millicent Law Group, LLC

Address: 2451 Crystal Drive, Suite 600

______________________

City: Arlington State: VA Zip: 22202

Phone Number w/Area Code: (202) 948-7948 Bar # 343072

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 16, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE